**Exhibit A**

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 67.163.43.86 | 08/08/2012 08:47:17 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 2 | 99.16.244.137 | 08/08/2012 02:02:44 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 3 | 108.90.174.49 | 08/08/2012 04:17:19 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 4 | 173.161.40.101 | 08/08/2012 04:36:04 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Business Communications | Illinois |
| 5 | 98.227.70.0 | 08/08/2012 10:46:00 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 6 | 67.175.167.179 | 08/09/2012 02:43:06 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 7 | 99.141.134.232 | 08/09/2012 04:58:19 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 8 | 99.141.201.252 | 08/09/2012 10:54:56 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 9 | 98.253.47.46 | 08/09/2012 10:55:11 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 10 | 99.141.205.23 | 08/10/2012 10:05:43 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 11 | 98.212.126.154 | 08/10/2012 10:55:42 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 12 | 98.213.85.212 | 08/11/2012 02:06:48 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 13 | 108.197.18.115 | 08/11/2012 03:46:34 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 14 | 75.49.218.238 | 08/11/2012 03:33:34 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 15 | 71.194.33.41 | 08/11/2012 09:19:04 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 16 | 67.175.87.52 | 08/12/2012 12:13:10 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 17 | 99.183.237.39 | 08/12/2012 05:43:05 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 18 | 99.120.251.40 | 08/12/2012 09:36:06 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 19 | 98.213.195.180 | 08/14/2012 01:25:56 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 20 | 75.28.186.144 | 08/14/2012 09:42:35 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 21 | 99.142.80.248 | 08/14/2012 03:07:06 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Business Communications | Illinois |
| 22 | 70.89.194.181 | 08/15/2012 12:45:01 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 23 | 99.142.63.59 | 08/15/2012 03:03:28 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 24 | 67.175.174.238 | 08/17/2012 07:52:43 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 25 | 24.1.163.212 | 08/18/2012 11:54:47 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 26 | 98.228.214.119 | 08/21/2012 06:18:35 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 27 | 69.245.159.168 | 08/21/2012 11:37:35 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 28 | 99.8.13.225 | 08/22/2012 01:43:44 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 29 | 99.118.189.3 | 08/22/2012 05:18:20 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 30 | 71.201.64.179 | 08/23/2012 12:07:58 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 31 | 50.200.44.154 | 08/23/2012 10:17:22 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |

| | | | | | |
|---|---|---|---|---|---|
| 32 | 68.255.102.42 | 08/23/2012 08:05:54 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 33 | 76.230.81.19 | 08/24/2012 09:33:09 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 34 | 71.239.122.220 | 08/25/2012 02:51:05 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 35 | 99.118.190.201 | 08/27/2012 02:59:51 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 36 | 108.76.97.117 | 08/28/2012 02:09:05 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 37 | 67.163.73.216 | 08/28/2012 07:50:56 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 38 | 71.201.203.117 | 08/28/2012 11:59:39 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 39 | 99.72.93.41 | 08/29/2012 12:53:15 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 40 | 24.12.190.201 | 08/29/2012 03:58:36 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 41 | 98.213.57.101 | 08/30/2012 03:57:27 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 42 | 71.201.247.49 | 08/30/2012 11:23:17 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 43 | 76.16.136.115 | 09/03/2012 07:27:14 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 44 | 108.93.201.52 | 09/04/2012 10:57:14 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 45 | 71.194.204.187 | 09/05/2012 07:18:15 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 46 | 24.13.47.136 | 09/08/2012 04:12:24 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 47 | 99.141.215.100 | 09/08/2012 07:01:15 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 48 | 67.186.91.108 | 09/09/2012 02:31:45 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 49 | 24.14.105.2 | 09/09/2012 11:05:30 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 50 | 98.227.200.204 | 09/10/2012 02:02:53 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 51 | 98.253.133.48 | 09/10/2012 10:06:43 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 52 | 98.228.179.42 | 09/16/2012 10:18:27 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 53 | 98.228.40.191 | 09/18/2012 09:46:35 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 54 | 108.67.226.24 | 09/19/2012 12:16:33 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 55 | 24.1.255.216 | 09/20/2012 01:01:51 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 56 | 50.141.187.26 | 09/20/2012 06:58:37 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 57 | 76.29.78.178 | 09/20/2012 09:10:41 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 58 | 98.213.133.27 | 09/21/2012 01:42:31 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 59 | 98.213.81.3 | 09/21/2012 04:05:46 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 60 | 99.115.0.249 | 09/22/2012 05:05:11 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 61 | 108.219.222.19 | 09/22/2012 11:24:34 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 62 | 108.214.57.101 | 09/28/2012 05:09:20 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 63 | 68.54.223.205 | 09/30/2012 10:21:05 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 98.228.236.172 | 10/03/2012 09:35:57 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 65 | 50.140.137.145 | 10/06/2012 03:47:33 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 66 | 108.71.81.60 | 10/08/2012 04:07:47 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 67 | 98.206.36.162 | 10/09/2012 11:26:32 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 68 | 98.213.63.243 | 10/16/2012 03:37:38 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 69 | 99.180.199.90 | 10/16/2012 08:51:02 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 70 | 71.239.62.128 | 10/17/2012 06:26:08 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 71 | 71.57.108.173 | 10/18/2012 02:29:57 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 72 | 69.245.231.8 | 10/18/2012 11:43:06 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 73 | 67.177.121.93 | 10/20/2012 03:19:30 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 74 | 74.93.73.178 | 10/21/2012 09:41:00 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Business Communications | Illinois |
| 75 | 67.165.162.255 | 10/22/2012 12:17:46 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 76 | 68.251.34.241 | 10/23/2012 06:03:03 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 77 | 75.44.129.78 | 10/25/2012 11:04:18 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 78 | 67.167.0.175 | 10/28/2012 04:33:33 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 79 | 71.201.231.173 | 10/28/2012 02:59:15 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 80 | 67.167.38.148 | 10/29/2012 12:31:23 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 81 | 69.211.11.236 | 10/29/2012 05:25:32 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 82 | 71.239.60.14 | 10/29/2012 01:40:11 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 83 | 69.210.245.32 | 10/30/2012 08:55:37 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 84 | 99.147.121.128 | 11/01/2012 12:34:16 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 85 | 98.223.212.218 | 11/05/2012 12:50:15 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 86 | 99.117.136.207 | 11/07/2012 11:22:55 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 87 | 76.252.122.139 | 11/08/2012 12:47:34 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 88 | 98.206.206.209 | 11/09/2012 01:23:57 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 89 | 76.16.147.41 | 11/14/2012 04:34:53 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 90 | 67.165.150.126 | 11/15/2012 08:11:32 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 91 | 98.226.201.126 | 11/17/2012 01:10:36 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 92 | 71.194.211.129 | 11/25/2012 02:06:40 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 93 | 24.14.131.108 | 11/28/2012 01:21:31 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 94 | 108.82.99.99 | 11/28/2012 02:15:08 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 95 | 50.193.68.181 | 12/02/2012 06:28:16 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |

| # | IP | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 96 | 24.13.66.95 | 12/03/2012 11:20:05 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 97 | 50.151.51.45 | 12/06/2012 09:24:56 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 98 | 98.228.227.253 | 12/28/2012 10:26:50 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 99 | 76.239.20.138 | 12/29/2012 04:57:09 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 100 | 76.239.29.145 | 12/29/2012 02:01:03 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T Internet Services | Illinois |
| 101 | 71.201.82.175 | 12/30/2012 05:18:49 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 102 | 71.239.83.140 | 01/06/2013 11:56:52 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 103 | 98.227.108.116 | 01/06/2013 06:59:01 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 104 | 99.118.101.44 | 01/09/2013 06:03:11 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 105 | 108.64.157.188 | 01/13/2013 02:13:25 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 106 | 98.213.249.4 | 01/14/2013 06:11:56 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Illinois |
| 107 | 99.37.10.161 | 01/12/2013 11:12:42 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |
| 108 | 99.120.122.143 | 01/13/2013 07:04:01 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | AT&T U-verse | Illinois |