IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH </br></br> *Plaintiff,* </br></br> v. </br></br> DOES 1-108. </br></br> *Defendants.* | ) </br> ) </br> ) </br> ) </br> ) Case No. 1:13-cv-00792 </br> ) Honorable Joan B. Gottschall </br> ) ***JURY TRIAL DEMANDED*** </br> ) </br> ) </br> ) |

## DECLARATION OF MATTHIAS SCHROEDER PADEWET IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

I, Matthias Schroeder Padewet, declare:

1. I am the Vice President of Copyright Defenders, Inc., ("Copyright Defenders") a company incorporated in Nevada with its principal address at 3651 Lindell Road, Suite D, Office #16, Las Vegas, NV 89103. Copyright Defenders is a provider of online anti-piracy services for the motion picture industry. Before my employment with Copyright Defenders, I held various positions at companies that developed software technologies. I have approximately ten years of experience related to digital media and computer technology.

2. I submit this declaration in support of Plaintiff's Motion to Compel Compliance with Subpoena. This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

3. At Copyright Defenders, I am the head of the department that carries out evidence collection and provides litigation support services. I work closely with our research team to

1

create credible processes to scan for, detect, and download copies of copyrighted material on multiple network protocols for use by copyright owners.

4. Attached as Exhibit A is a chart, entitled "Gantt Chart," which shows points in time from August 2012 to March 2013 when Copyright Defenders received by upload portions of the copyrighted work, Chubby Teens 1, from each of the Doe Defendants in this suit.

5. As can be seen from the chart, there is overlap of the Defendant Does showing that multiple Does in this action were in the same file-sharing swarm at the same time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2013.

_____

Matthias Schroeder Padewet