# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PURZEL VIDEO GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | No.    13-cv-00792 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| DOES 1-108, | ) | Magistrate Michael T. Mason |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

**TO:**      See Attached Service List

**Please take notice** on the 24th day of July 2013 at 9:30 a.m. or as soon thereafter as counsel may be heard, attorney for John Doe 48 shall appear before the Honorable Joan B. Gottschall or any judge sitting in her stead, in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **JOHN DOE 48'S MOTION TO SEVER AND MOTION TO QUASH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**.

Dated this 18th day of July 2013

/s/Stephanie M. Snyder
Stephanie M. Snyder

Stephanie M. Snyder
MUDD LAW OFFICES
3114 W. Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410
773.588.5440 (Fax)
sms@muddlaw.com
ARDC: 6307046

**CERTIFICATE OF SERVICE**

      I, Stephanie M. Snyder, do hereby certify that service of this **AMENDED NOTICE OF MOTION** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 18th day of July 2013.

    /s/Stephanie M. Snyder
    Stephanie M. Snyder

    Stephanie M. Snyder
    MUDD LAW OFFICES
    3114 W. Irving Park Road, Suite 1W
    Chicago, Illinois 60618
    773.588.5410
    773.588.5440 (Fax)
    sms@muddlaw.com
    ARDC: 6307046

**SERVICE LIST**

Counsel for All Parties are ECF Users.