# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PURZEL VIDEO GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-00792 |
| | ) | |
| | ) | Honorable Joan B. Gottschall |
| DOES 1-108, | ) | |
| | ) | ***JURY TRIAL DEMANDED*** |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S AMENDED NOTICE OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1, Local Rule, 3.2, and this Court's Order [Docket No. 81], Plaintiff Purzel Video GmbH hereby informs the Court that the members of Purzel Video GmbH are Martin Göbel (90%) and Margit Göbel (10%).

Dated:   December 23, 2013

Respectfully submitted,
PLAINTIFF PURZEL VIDEO GMBH

By its attorneys,
SIMMONS BROWDER GIANARIS
   ANGELIDES & BARNERD LLC.

By: */s/ Paul A. Lesko*
     Paul A. Lesko – IL Bar No. 6288806
     One Court Street
     Alton, IL 62002
     Ph: 618.259.2222
     Fax: 618.259.2251
     plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe, Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500
Fax: 312-759-7516
pkeating@simmonsfirm.com

**Attorneys for Plaintiff Purzel Video GmbH**

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

Jonathan Lucas Allen Phillips
Shay Kepple Phillips, Ltd.
456 Fulton St.
Ste. 255
Peoria, IL 61602
Phone: (309) 494-6155
jphillips@skplawyers.com
**Counsel for Defendant Does 56 & 103**

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
Phone: 312 994 2424
Fax: 312-706-9766
erin@russellfirmchicago.com
**Counsel for Defendant Doe 101**

Charles Lee Mudd , Jr
Liz Brodzinski
Stephanie Margaret Snyder
Mudd Law Offices

3114 West Irving Park Road
Suite 1W
Chicago, IL 60618
Phone: (773) 588-5410
cmudd@muddlawoffices.com
ssnyder@muddlawoffices.com
**Counsel for Defendant Doe 48**

Bart Wescott Huffman
Locke Lord LLP
600 Congress Avenue
Austin, TX 78701
Phone: (512) 305-4746
bhuffman@lockelord.com

Hugh Scott Balsam
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 443-0700
hbalsam@lockelord.com
**Counsel for SBC Internet Services, Inc., d/b/a AT&T Internet Services**

/s/ Paul A. Lesko
Paul A. Lesko-Simmons, Browder, Gianaris,
Angelides & Barnerd LLC